**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RICHARD HARBUS,

                  Plaintiff,

-against-                      19 **CIVIL** 6124 (ER)

**JUDGMENT**

MANHATTAN INSTUTUTE FOR POLICY
RESEARCH, INC.,

                  Defendans.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 27, 2020, the Manhattan Institute's motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

    April 29, 2020

                                  **RUBY J. KRAJICK**
                                  _____
                                  Clerk of Court
                  **BY:**
                                  Deputy Clerk